1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SANTORRIO WAGNER,<br><br>Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant | Civil No. C04-5562FDB<br><br><br><br><br>PROPOSED ORDER |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,458.72, are awarded to Plaintiff's attorney, Robert Friedman, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920.

///

///

Page 1    PROPOSED ORDER- [C04-5562FDB]

1  DATED this 3rd day of October 2005.

2

3

4

5

6                                                            FRANKLIN D. BURGESS

7

8                                                            UNITED STATES DISTRICT JUDGE

9  Presented by:

10  s/ L. Jamala Edwards
    L. JAMALA EDWARDS
11  Special Assistant U.S. Attorney
    Attorney for Defendant
12  701 Fifth Ave, Ste 2900, M/S 901
13  Seattle, WA   98104-7075
    Phone:  206-615-3749
14  Fax:      206-615-2531
15  jamala.edwards@ssa.gov

16

17

18

19

20

21

22

23

24

25

26

27

28  Page 2      PROPOSED ORDER- [C04-5562FDB]